JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

QUEEN KANU OBI and
FRANKLIN UZOMA OBI,

                    Plaintiff,

     v.

TEVA PHARMACEUTICALS USA,
INC.; TEVA WOMEN'S HEALTH,
LLC; TEVA BRANDED
PHARMACEUTICAL PRODUCTS
R&D, INC.; THE COOPER
COMPANIES, INC.;
COOPERSURGICAL, INC., and
DOES 1-10,

                    Defendants.

Case No. 5:26-cv-00248-KK

**ORDER DISMISSING ACTION**

The Court, having considered the Stipulation of Dismissal Without Prejudice filed on May 18, 2026 ("Stipulation"), orders as follows:

This action is **DISMISSED WITHOUT PREJUDICE**, subject to the following terms and conditions in the Stipulation signed by the respective counsel for Plaintiffs Queen Kanu Obi and Franklin Uzoma Obi and Defendants Teva Pharmaceuticals USA, Inc., Teva Women's Health, LLC; Teva Branded Pharmaceutical Products R&D, Inc.; CooperSurgical, Inc., and The Cooper Companies, Inc.:

    1.    On January 20, 2026, Plaintiffs filed their complaint against

            Defendants Teva Pharmaceuticals USA, Inc., Teva Women's Health,

1

LLC; Teva Branded Pharmaceutical Products R&D, Inc., CooperSurgical, Inc., and The Cooper Companies, Inc.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs agree to dismiss without prejudice the claims brought or that could have been brought against Defendants in this case and refile their claims against Defendants in the Paragard Multi-District Litigation, *In Re Paragard IUD Products Liability Litigation MDL*, MDL No. 2974, pending in the U.S. District Court for the Northern District of Georgia (the "MDL Court"), Case No. 1:20-md-02974-LLM.

3. The Parties agree that any statutes of limitations or statutes of repose that are or may be  applicable to Plaintiff's claims against the Defendants named in the above-captioned case will relate back to the date Plaintiffs filed their January 20, 2026 complaint, and shall also be tolled for a period of 60 days, commencing on the day of entry of this Order. Nothing in this agreement shall have the effect of reviving any claims of Plaintiffs that were barred by any statutes of limitations or repose or similar rule of law or equity prior to the filing date of the above-captioned case (January 20, 2026). Defendants preserve all statute of limitations and/or statute of repose defenses they may have to the extent such deadlines expired prior to the filing date of the above-captioned case (January 20, 2026).

4. This tolling agreement only applies if Plaintiffs refile their action in the Multi-District Litigation pending in the United States District Court for the Northern District of Georgia, MDL No. 2974, *In Re Paragard IUD Products Liability Litigation MDL* (the "MDL Court").

5. Each Party will bear their own fees and costs.

6. The requested relief is stipulated to by the parties.

2

The Clerk of Court shall administratively close this action.

**IT IS SO ORDERED**.


DATED: May  18 , 2026


HON. KENLY KIYA KATO

---

3